## REYNOLDS *v.* WOOD.

LITTLE, J. This case upon its facts, is controlled by the rule laid down in *Brooks* v. *Matledge,* 100 *Ga.* 367; and is distinguishable from *Merchants National Bank of Rome* v. *McWilliams,* 107 *Ga.* 532, for the reason that in the latter the tax liens were in existence before the party owing the taxes had made the first conveyance of property, while in the former, as in the present case, the tax liens arose after the tax debtor had executed a security deed conveying one of the parcels of realty involved.

*Judgment reversed. All the Justices concurring.*

Argued April 26,—Decided July 14, 1900.

Levy and claim. Before Judge Henry. Floyd superior court. January 31, 1900.

*C. A. Thornwell* and *Fouche & Fouche,* for plaintiff.
*M. B. Eubanks,* contra.

---

## SANDS *v.* DURRENCE *et al.*

SIMMONS, C. J. No material error of law was committed, and the evidence authorized the verdict. *Judgment affirmed. All the Justices concurring.*

Submitted June 20,—Decided July 14, 1900.

Equitable petition. Before Judge Evans. Tattnall superior court. October term, 1899.

*W. T. Burkhalter* and *H. D. D. Twiggs,* for plaintiff.
*J. P. Moore, P. W. Williams* and *J. K. Hines,* for defendants.